United States District Court
Southern District of Texas
FILED

*TDH*

APR 2 2 2005

Michael N. Milby, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

United States District Court
Southern District of Texas
ENTERED

APR 2 2 2005   BM

Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. L-05-CR-254** |
| | § | |
| **Ramon Sosa-Rodriguez** | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on April 13, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 22st day of April, 2005.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE